IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-280-FL

| | | |
|---|---|---|
| REGALE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THEE DOLLHOUSE PRODUCTIONS | ) | |
| N.C., INC. and MICHAEL PETER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on consent motion by Regale, Inc. to file a paper copy of the record from the arbitration. (DE # 26.) Although the arbitration record is lengthy, it is not so voluminous as to preclude electronic filing as required by Local Civil Rule 5.1(a), EDNC. The electronic filing requirement promotes the administration of justice by providing more efficient maintenance of court records and improved public access to case file information. Accordingly, the consent motion is DENIED. The arbitration record shall be filed electronically in accordance with the local rules within fourteen (14) days hereof. Courtesy copy in paper format shall be filed with the Clerk's office by the same deadline.

SO ORDERED, this the 21st day of September, 2010.

LOUISE W. FLANAGAN
Chief United States District Court Judge