UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| REGALE, INC., | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:10-CV-280-FL |
| | ) | |
| THEE DOLLHOUSE PRODUCTIONS | ) | |
| N.C., INC. and MICHAEL PETER, | ) | |
| | ) | |
| Defendants/Claimants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of petition by Regale, Inc. to vacate and/or modify a final arbitration award and on motion by Thee Dollhouse Productions N.C., Inc. to confirm said arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 20, 2011, for the reasons set forth more specifically therein, that Regale, Inc.'s motion to vacate and/or modify is denied and Thee Dollhouse Productions N.C., Inc's motion to confirm is granted. In accordance with the arbitration award, judgment enters in favor of Thee Dollhouse Productions N.C., Inc. in the amount of $2,102,475.73 (which shall bear interest at the North Carolina statutory rate of eight percent (8%) per annum beginning July 13, 2010), plus $32,389.79, representing the fees and expenses taxed to Regale, Inc.

**This Judgment Filed and Entered on January 21, 2011, and Copies To:**

Dill Mitchell McFarland and Paul Holscher (via CM/ECF Notice of Electronic Filing)
Christopher G. Smith (via CM/ECF Notice of Electronic Filing)
Caroline C. Schadle (via CM/ECF Notice of Electronic Filing)
Michael J. Tadych (via CM/ECF Notice of Electronic Filing)

January 21, 2011                    DENNIS P. IAVARONE, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk