UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

REGALE, INC.,

    Plaintiff/Respondent,

v.

**AMENDED JUDGMENT**

No. 5:10-CV-280-FL

THEE DOLLHOUSE PRODUCTIONS
N.C., INC. and MICHAEL PETER,

    Defendants/Claimants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of petition by Regale, Inc. to vacate and/or modify a final arbitration award and on motion by Thee Dollhouse Productions N.C., Inc. to confirm said arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 20, 2011, for the reasons set forth more specifically therein, that Regale, Inc.'s motion to vacate and/or modify is denied and Thee Dollhouse Productions N.C., Inc's motion to confirm is granted. In accordance with the arbitration award, judgment enters in favor of Thee Dollhouse Productions N.C., Inc. in the amount of $2,102,475.73; interest as provided in the arbitration award from July 13, 2010 to January 21, 2011 at eight percent (8%) per annum totaling $88,476.83; and expenses taxed to Regale in the arbitration award of $32,389.79 for a total judgment of $2,223,343.35. The Dollhouse Productions N.C., Inc. shall recover post judgment interest on the amount of the arbitration award of $2,102,475.73 at the rate of .27% per annum until paid.

**This Judgment Filed and Entered on February 9, 2011, and Copies To:**

Dill Mitchell McFarland and Paul Holscher (via CM/ECF Notice of Electronic Filing)
Christopher G. Smith (via CM/ECF Notice of Electronic Filing)
Caroline C. Schadle (via CM/ECF Notice of Electronic Filing)
Michael J. Tadych (via CM/ECF Notice of Electronic Filing)

February 9, 2011          DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk